1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

SEAN T. DEVLIN,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

Civil No. 3:11-cv-00405-LRH-VPC

consolidated with
3:11-cv-00406-LRH-VPC and
3:11-cv-00407-LRH-VPC

**STIPULATED ORDER OF DISMISSAL**

The Petitioner Sean T. Devlin, and the Respondent United States of America hereby stipulate and agree that the following three Petitions to Quash IRS Administrative Summons that are the subject of these three consolidated cases are DISMISSED WITH PREJUDICE:

      Sean T. Devlin v. United States 3:11-cv-00405-LRH-VPC
      Sean T. Devlin v. United States 3:11-cv-00406-LRH-VPC
      Sean T. Devlin v. United States 3:11-cv-00407-LRH-VPC

The Petitioner and the Respondent further agree that they will bear their own costs.

The parties request that the Clerk of the Court enter judgment accordingly.

Dated: November 30, 2011

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

By:
　　　/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1857

Of Counsel:
DANIEL G. BOGDEN,
United States Attorney

Attorneys for the United States

Dated: 　December 4, 2011

　　　/s/ Sean T. Devlin
SEAN T. DEVLIN, *pro se*
2335 Crows Nest Parkway
Reno, NV 89519

IT IS SO ORDERED:

DATED this 27th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE